IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRANCISCO MEZA CARMONA,<br><br>                    Defendant. | 8:25CR155<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

      Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material was provided to the defendant in the above-captioned case.

      DATED this 28th day of July 2025.

                                                      Respectfully submitted;

                                                      LESLEY A. WOODS<br>
                                                      United States Attorney<br>
                                                      District of Nebraska

                                 By:    s/ Kimberly C. Bunjer<br>
                                                     KIMBERLY C. BUNJER, #20962<br>
                                                     Assistant U.S. Attorney<br>
                                                     1620 Dodge Street, Suite 1400<br>
                                                     Omaha, NE  68102-1506<br>
                                                     Tel:  (402) 661-3700<br>
                                                     Fax:  (402) 345-5724<br>
                                                     E-mail:  kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                                  s/ Kimberly C. Bunjer<br>
                                                                  Assistant U.S. Attorney