IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>vs.<br><br>FRANCISCO MEZA-CARMONA,<br><br>            Defendant. | 8:25CR155<br><br>ADOPTION OF PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |

      COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Presentence Investigation Report completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Presentence Investigation Report.

      Dated this 16th day of September 2025.

                                                                UNITED STATES OF AMERICA,
                                                               Plaintiff

                                                               LESLEY A. WOODS
                                                               United States Attorney

                                                               s/Kimberly C. Bunjer
                            By:    KIMBERLY C. BUNJER #20962
                                                                Assistant United States Attorney
                                                               1620 Dodge Street, Suite 1400
                                                               Omaha, Nebraska 68102-1506
                                                               Tel: (402) 661-3700
                                                               Fax: (402) 345-5724
                                                               kim.bunjer@usdoj.gov

2

CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Cheryl Kessell, Assistant Federal Public Defender.

      I further certify that a true and correct copy of the foregoing was delivered to the following non-CM/ECF participant via email.

Karen Bucksbee
U.S. Probation Officer

                        s/Kimberly C. Bunjer
                        KIMBERLY C. BUNJER
                        Assistant United States Attorney